UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:

    40 SOUTH PORTLAND, LLC,

                              DEBTOR.

CASE NO.:

<u>CHAPTER 11</u>

------------------------------------------------------------------X

## <u>DEBTOR'S AFFIRMATION PURSUANT TO LOCAL RULE 1007-2</u>

Lloyd Babb affirms pursuant to the penalties of perjury as follows:

1. I am the owner and manager of the Debtor in the above Chapter 11 proceeding.

2. The Debtor is a corporation having its address located at 40 South Portland Avenue, Brooklyn, New York 11217.

3. The Debtor filed a Petition of Relief due to the possibility of foreclosure sale on its property.

4. At present, no committee has been formed to address the financial affairs of the Debtor.

5. The Debtor is presently represented by Michael L. Previto, an Attorney at Law, having offices located at 150 Motor Parkway, Suite 401, Hauppauge, New York 11788. That the Debtor has yet to retain an accountant, but will, if necessary. The Debtor has not been employed by a committee and it is anticipated that an application will be made to retain an account.

6. With respect to 20 largely general unsecured claims, the creditors are listed as follows: NONE KNOWN AT PRESENT.

1

7. The secured claims of the Debtor and the property to which they are secured are as follows:

    (a) Columbia Capital - $3,500,000.00 (*estimated*).

8. To the best of your affiant's knowledge, there is no other property presently held by a third party, encumbered, or otherwise secured.

9. The assets of the Debtor are as follows:

    (a) 40 South Portland Avenue, Brooklyn, New York 11217.

    (b) Bank account (DIP) to be supplied.

10. There are assets of the Debtor that exist outside the State of New York or the United States, to wit: NONE

11. It is estimated that the Debtor's liabilities are approximately $3,700,000.00.

12. The Debtor is a privately held LLC. is the sole owner and manager.

13. Property held in custody of another: NONE

14. The location of the Debtor's books and records are located at 325 Washington Avenue, Brooklyn, New York 11205.

15. Other assets are primarily customer lists.

16. At present, no financial consultant will be required, however a decision to retain one may be made, in the near future.

17. The Debtor has no employees at the present time who are receiving compensation.

18. It is hoped that with the assistance of this Court, a reorganization of the Debtor will enable it to pay down and ultimately extinguish the mortgage liability and taxes incurred heretofore by commencing a plan of repayment (with disclosures) that will allow a payment of

the back mortgage to the entities and persons presently owed and through the infusion of money or by a sale of the premises.

Affirmed this 2nd day of
September 2025

_____
Lloyd Babb